# NO. 12-21-00131-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *UNION PACIFIC RAILROAD COMPANY,* *APPELLANT* | § | *APPEAL FROM THE 369TH* |
| | § | *JUDICIAL DISTRICT COURT* |
| *V.* | | |
| *ANDERSON COUNTY, ET AL,* *APPELLEES* | § | *CHEROKEE COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Union Pacific Railroad Company, filed an unopposed motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered December 21, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 21, 2021**

**NO. 12-21-00131-CV**

**UNION PACIFIC RAILROAD COMPANY,**
Appellant
V.
**ANDERSON COUNTY, ET AL,**
Appellees

Appeal from the 369th District Court
of Cherokee County, Texas (Tr.Ct.No. 2021-060150)

THIS CAUSE came on to be heard on the unopposed motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** all costs of this appeal are hereby adjudged against the Appellant, **UNION PACIFIC RAILROAD COMPANY,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*